No. 88–1777. POSEY ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 88–1778. WHATLEY *v.* SKAGGS COS., INC. C. A. 10th Cir. Certiorari denied.

No. 88–1782. BROWN *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–1784. GREAT REPUBLIC INSURANCE CO. ET AL. *v.* CHEVAL, BY AND THROUGH HER CONSERVATOR, MILLER. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–1787. HALL *v.* OKABAYASHI ET AL. Int. Ct. App. Haw. Certiorari denied.

No. 88–1788. DANNER *v.* KLOSTERBUER, ASSISTANT JOHNSON COUNTY ATTORNEY. Ct. App. Iowa. Certiorari denied.

No. 88–1790. NEMOURS FOUNDATION ET AL. *v.* PIERCE ASSOCIATES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–1791. VAUGHN ET VIR *v.* SPEAKER ET AL., CO-EXECUTORS OF THE ESTATE OF SPEAKER. Sup. Ct. Ill. Certiorari denied.

No. 88–1792. CONLEY *v.* BURLINGTON NORTHERN RAILROAD CO. Ct. App. Mo., Western Dist. Certiorari denied.

No. 88–1793. ALLARD, AS NATURAL TUTRIX OF THE MINORS, ALLARD ET AL. *v.* BIBEAU ET AL. Sup. Ct. La. Certiorari denied.

No. 88–1803. GLENDENING *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 88–1804. CBS INC. *v.* SILVERMAN. C. A. 2d Cir. Certiorari denied.

No. 88–1815. NAPIERALSKI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–1818. DROGOWSKI *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION ET AL. C. A. 3d Cir. Certiorari denied.